13-MC-00044-WRIT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRUSTEES OF THE NATIONAL
ELEVATOR INDUSTRY PENSION, *et al.*,

                    Plaintiffs,

        v.

AMERICAN ELEVATOR CORPORATION,

                    Defendant,

        v.

FORTUNE BANK,

                    Garnishee.

Case No. MC13-0044RSL

ORDER TO ISSUE WRIT OF
GARNISHMENT

        This matter comes before the Court on Plaintiff's "Application for Writ of

Garnishment" for property in which the Defendant/Judgment Debtor, American Elevator

Corporation, has a substantial nonexempt interest and which may be in the possession, custody,

or control of the Garnishee, Fortune Bank.  The Court having reviewed the record in this matter,

it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by

plaintiffs' counsel on March 15, 2013 at Dkt. # 1-1.

        DATED this 26th day of March, 2013.

                                _____
                                Robert S. Lasnik
                                United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT