

13-MC-00044-AF

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Trustees of the National Elevator Industry Pension, Health Benefit, Educational, Elevator Industry Work Preservation Funds, Elevator Constructors Annuity and 401(k) Retirement Plan<br><br>Plaintiffs<br>v.<br><br>American Elevator Corporation<br><br>Defendant<br><br>Fortune Bank<br><br>Garnishee | NO. 13MC44RSL<br><br>WRIT OF GARNISHMENT |

The plaintiff in this action has applied for a Writ of Garnishment against you, claiming that the above-named defendant is indebted to plaintiff and that the amount to be held to satisfy the indebtedness is $151,912.52 consisting of:

| | |
|---|---:|
| Balance of Judgment: | $149,929.05 |
| Interest under Judgment from 08/02/12 to 3/18/13: | $1,592.12 |
| Taxable Costs and Attorneys' Fees: | |
| Estimated Garnishment Costs: | |
|    Filing and Ex Parte Fees: | $46.00 |
|    Service and Affidavit Fees: | |
|    Postage and Costs of Certified Mail: | $16.50 |
|    Answer Fee or Fees: | $20.00 |
|    Garnishment Attorney Fees: | $300.00 |
|    Other: | $8.85 |
|    Total estimated garnishment costs: | $391.35 |
| TOTAL: | $151,912.52 |
| Plus Per Day Rate of Estimated Interest: | $6.98 per day |

Writ of Garnishment—1

Law Offices of
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 993
Seattle, WA 98121-2527
Telephone 206-623-2855
Fax 206-667-9805

     YOU ARE COMMANDED, unless otherwise directed by the court, by the attorney of record for the plaintiff, or by this writ, not to pay any debt, other than earnings, owed to the defendant at the time this writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property or effects of the defendant in your possession or control at the time when this writ was served. Any such payment delivery, sale, or transfer is void to the extent necessary to satisfy the plaintiff's claim and costs for this writ with interest.

     YOU ARE ALSO COMMANDED to answer this writ according to the instructions in this writ and in the answer forms and, within 20 days after the service of the writ upon you, to mail or deliver the original of such answer to the court, one copy to the plaintiff or the plaintiff's attorney, and one copy to the defendant, at the addresses listed at the bottom of this writ.

     If you owe the defendant a debt payable in money in excess of the amount set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph and any processing fee if one is charged and release all additional funds or property to defendant.

     IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE PLAINTIFF'S CLAIM AGAINST THE DEFENDANT WITH ACCRUING INTEREST, ATTORNEY FEES, AND COSTS WHETHER OR NOT YOU OWE ANYTHING TO THE DEFENDANT. IF YOU PROPERLY ANSWER THIS WRIT, ANY JUDGMENT AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY NONEXEMPT DEBT OR THE VALUE OF ANY NONEXEMPT PROPERTY OR EFFECTS IN YOUR POSSESSION OR CONTROL.

     JUDGMENT MAY ALSO BE ENTERED AGAINST THE DEFENDANT FOR COSTS AND FEES INCURRED BY THE PLAINTIFF.

Witness, the Honorable __Robert S. Lasnik__, Judge of the above-entitled Court, and the seal thereof, on __March 26, 2013__ (date).

(Seal)

s/ David L. Tuttle
David L. Tuttle, WSBA No. 38728
Law Offices of Mary L. Stoll, PLLC
2033 Sixth Avenue — Suite 993
Seattle WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805
Email davidt@mlstoll-law.com

__William McCool__
Clerk of the Court

By: __Sherry Andrews__

Address: __US District Court__

Writ of Garnishment—2

Law Offices of
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805