___FILED
___LODGED  **MAIL**
___RECEIVED

APR 05 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Trustees of the National Elevator Industry Pension, Health Benefit, Educational, Elevator Industry Work Preservation Funds, Elevator Constructors Annuity and 401(k) Retirement Plan<br><br>Plaintiffs<br>v.<br><br>American Elevator Corporation,<br>TIN 91-1260955<br>Defendant<br><br>Fortune Bank<br><br>Garnishee | NO. 13-MC-44 RSL<br><br>ANSWER TO WRIT OF GARNISHMENT<br>(Debts Other than Earnings) |

**SECTION I:** On the date the Writ of Garnishment was issued (the date appearing on the last page of the writ):

(A)   The defendant:
  ☐ was employed by garnishee.
  ☒ was not employed and has never been employed by garnishee.
  ☐ was previously employed by the garnishee and the last date of employment
      was_____.

(B)   The defendant ☐ did ☒ did not maintain a financial account with garnishee; and

(C)   The garnishee ☐ did ☒ did not have possession of or control over any funds, personal property, or effects of the defendant. (List all of defendant's personal property or effects in your possession or control on the bottom of the last page of this answer form or attach a schedule if necessary.)

ANSWER TO WRIT OF GARNISHMENT—1
Case No. 12-MC-228 JLR

**SECTION II**: At the time of service of the Writ of Garnishment on the garnishee there was due and owing from the garnishee to the above-named defendant $ _N/A_.

If there is any uncertainty about your answer give an explanation on the last page or on an attached page.

**SECTION III**: An attorney may answer for the garnishee.

Under penalty of perjury, I affirm that I have examined this answer, including accompanied schedules, and to the best of my knowledge and belief it is true, correct, and complete.

_____    Date  4/2/13
Signature of Garnishee Defendant

_[signature]_____    V/P of BL. Manager
Signature of person answering for Garnishee    Connection with Garnishee

                                 1201 3rd Ave St 700
Michelle Johnson                 Seattle WA 98101
Print name of person signing    Address of Garnishee

Use this space to list all of defendant's property or effects in your possession or control or to explain any uncertainty about your answer:
PREVIOUSLY HELD Account w/ FORTUNE BANK IS NOW CLOSED

ANSWER TO WRIT OF GARNISHMENT—2
Case No. 12-MC-228 JLR